## ENTRY ORDER

2019 VT 24

SUPREME COURT DOCKET NO. 2018-112

MARCH TERM, 2019

| | | |
|---|---|---|
| In re Glenn Robinson, Esq. (Office of Disciplinary Counsel) | } } } } } | Original Jurisdiction: Professional Responsibility Board PRB DOCKET NO. 2013-172 |

In the above-entitled cause, the Clerk will enter:

¶ 1.    Regarding respondent's motion for clarification in the above-captioned matter, we clarify that the date of this Court's order, February 22, 2019, is the effective date of respondent's disbarment for purposes of calculating the five-year period before respondent may apply for readmission.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

☒ Publish

☐ Do Not Publish

_____
Beth Robinson, Associate Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
Dennis R. Pearson, Superior Judge (Ret.), Specially Assigned